# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 3:20-cv-00306-MR

| | |
|---|---|
| WALTER TIMOTHY GAUSE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ERIK A. HOOKS, Secretary of ) | |
| Department of Public Safety, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** is before the Court on the Petitioner's "Motion for Summary Judgment" [Doc. 14].

On November 12, 2020, the Court dismissed the Petitioner's Petition for Writ of Habeas Corpus as an unauthorized, successive habeas petition. [Doc. 12]. On the same date, the Court received the present "Motion for Summary Judgment" from the Petitioner. [Doc. 14]. Because the Court has disposed of the underlying habeas petition, the Petitioner's present motion is moot and shall be denied.

**IT IS, THEREFORE, ORDERED** that the Petitioner's "Motion for Summary Judgment" [Doc. 14] is **DENIED**.

**IT IS SO ORDERED**.

Signed: November 16, 2020

Martin Reidinger
Chief United States District Judge